■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE FARMER, Appellant.—Judgment, Supreme Court, New York County (Rose Rubin, J.), rendered on May 27, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Asch, Rosenberger and Wallach, JJ.

■ LORENA ROBINSON, Respondent, v JOSEPH DOBRUSIN, Appellant.—Order, Supreme Court, New York County (Michael Dontzin, J.), entered on September 23, 1987, unanimously affirmed, without costs and without disbursements. Motion by respondent is granted only to the extent of supplementing the record on appeal to include the affirmation of E. Frederick Petersen. No opinion. Concur—Sullivan, J. P., Ross, Milonas, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHARY FINNEY, Appellant.—Judgment, Supreme Court, New York County (Albert Williams, J.), rendered on May 19, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no